DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SOSA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D16-3587, 4D16-3588, 4D16-3605

[October 26, 2017]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwell, Judge; L.T. Case Nos. 09-20001CF10A, 08-21414CF10A and 12-799CF10A.

Andrew Rier of Rier Jordan, P.A., Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***